IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:08-CR-00263-RWS-GGB |
| LAVELL BONE, | : | |
| | : | CIVIL ACTION NO. |
| Defendant. | : | 1:12-CV-03824-RWS-GGB |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [117] of Magistrate Judge Gerrilyn G. Brill. Defendant filed a Motion for Enlargement of Time to Respond to the Report and Recommendation [119], which motion is hereby GRANTED. Thereafter, Defendant filed his objections [120].

After reviewing the Report and Recommendation and Defendant's objections thereto, the Report and Recommendation is received with approval and adopted as the opinion and order of this Court. Accordingly, the Motion to Vacate Sentence [105] is DENIED, and Defendant is denied a certificate of appealability.

**SO ORDERED** this _____ day of October, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)